**MEMO ENDORSED**

# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
———
JEANNETTE M. BALDASSARRE*
LIAM L. CASTRO *
A. JAMES BELL
RENA C. DAWSON*
CYNTHIA DEVASIA*+
CORY GARCIA*
GABRIEL GREENBERG*
TALIA L. HAYNES*
DAVID KIRSCH*
MERCEDES M. MALDONADO *
FELICIA PINTO*
ANDREW ROWE*
JULIE S PEARLMAN SCHATZ*+
ANN M. SCHNEIDER*+
STEPHANIE A. SWINTON*
PETER C. TROXLER*
HOWARD G. WIEN*

NEW JERSEY OFFICE
20 Ferry Street, Suite 1
Newark, NJ 07105
Tel: (862) 240-1900
Fax: (973) 878-2488

OF COUNSEL
RAYMOND J. AAB*
MARK FONTE*+
HON. DAVID FRIED*
DALLIN M. FUCHS*+
JESSICA SALLES*
BRIAN SCHWARTZ*+
BARRY WASHOR*

*Admitted in New York
Federal and State Courts

WRITER'S DIRECT DIAL
(917) 551-1317

June 22, 2020

**Via ECF**

Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/23/20

Re: *United States v. Pedro Rojas-Romero*
16 Cr 324 (ALC)

Dear Judge Carter, Jr.:

I am the attorney for Pedro Rojas-Romero. The purpose of this letter is to respectfully request an adjournment of Mr. Rojas-Romero's sentencing hearing that is scheduled for June 30th at 2:30 p.m. As the Court is aware, the on-going COVID-19 pandemic and the BOP visitation restrictions has drastically limited access to our client and thus our ability to properly prepare for his upcoming sentencing. With no objection from the Government, counsel is requesting an adjournment to late September 2020 to proceed with this sentencing hearing. Know that I consulted with Mr. Rojas-Romero regarding this request and he also believes that his interests are best served if we have the additional time to prepare for sentencing.

Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Respectfully,

*A. James Bell*
A. James Bell, Esq.

The application is granted. Sentencing adjourned to 9/24/20 at 10:00 a.m.
So Ordered.   *Andrew L. Carter*   6/23/20