MEMO ENDORSED

# Law Office of Angus James Bell
30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

November 13, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/19/20
```

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Pedro Rojas-Romero 16Cr324

Dear Judge Carter,

    I represent Mr. Rojas-Romero pursuant to the Criminal Justice Act and write this letter to again request an adjournment of his sentencing hearing that is scheduled for November 20th at 10 a.m. Please know that the on-going COVID-19 pandemic continues to hamper our ability to prepare and review materials with Mr. Rojas-Romero.

    We are therefore requesting an adjournment to mid-January. In advance of this application, AUSA Jacqueline Kelly advised that the Government has no objection to this request. Know also that I consulted with Mr. Rojas-Romero regarding this request and he continues to believe that his interests are best served if we have the additional time to prepare for sentencing. Should the Court grant this request, counsel is requesting that the hearing be adjourned to the week of January 11, 2021.

    Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Respectfully Submitted,

By: *A. James Bell*
A. James Bell, Esq.

**The application is GRANTED. Sentencing adjourned to 3/18/21 at 12:30 p.m. So Ordered.**

*Andrew L. Carter* 11/19/20