# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
..............................................Email: ajamesbelllaw@gmail.com..............................................

February 18, 2021

**Via ECF**
Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   **2/19/21**

Re: United States v. Pedro Rojas-Romero 16Cr324

Dear Judge Carter,

    I am CJA appointed counsel for Mr. Pedro Rojas-Romero and write this letter to respectfully request an adjournment of our client's upcoming sentencing hearing that is scheduled for March 18 / 19, 2021. With the consent of the Government and due to the on-going pandemic, I am requesting an adjournment until the week of June 14th that is convenient to the Court.

    This time will allow counsel and our mitigation team to continue our efforts to properly prepare for his sentencing hearing. Please also know that I have discussed this request with our client and he believes that his interests are best served if we have the additional time to prepare for sentencing.

    Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

Cc: All counsel, by ECF

## The application is **GRANTED.**
Sentencing adjourned to 6/17/21 at 11:30 a.m.
So Ordered.

*Andrew L. Carter*
2/19/21