**MEMO ENDORSED**

# Angus James Bell, Esq.
30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

June 7, 2021

**<u>Via ECF</u>**
Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **6/8/21**

Re: United States v. Pedro Rojas-Romero 16Cr324

Dear Judge Carter,

    This letter is submitted with the consent of the Government to respectfully request an adjournment of our client's sentencing hearing that is scheduled for June 17, 2021. Due to the COVID-19 pandemic, our lack of access to our client and other mitigation witnesses, we are seeking an adjournment to the week of October 11, 2021 or to a date thereafter that is convenient to the Court. If granted, this time will allow counsel and our mitigation team to continue our efforts to properly prepare for his sentencing hearing.

    Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

Cc: All counsel, by ECF

The application is **GRANTED.** Sentencing adjourned to 10/14/21 at 2:00 p.m.
So Ordered.

*Andrew L. Carter*
6/8/21