**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/7/21__

# Angus James Bell, Esq.
30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

October 4, 2021

**Via ECF**
Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Pedro Rojas-Romero 16Cr324

Dear Judge Carter,

    This letter is submitted with the consent of the Government to respectfully request an adjournment of Mr. Rojas-Romero's sentencing hearing that is scheduled for October 14, 2021 at 2 pm. Please know that the lingering effects of the COVID pandemic continues hamper our efforts to gather the documents and mitigation materials that will be necessary to properly prepare for his sentencing hearing. We are seeking an adjournment to the last week of November 2021 or to a date thereafter that is convenient to the Court.

    Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

                          Respectfully submitted,

                          *A. James Bell*
                          A James Bell, Esq.

Cc: All counsel, by ECF

The application is **GRANTED.**
Sentencing adjourned to 12/2/21 at 12:00 p.m.
So Ordered.

*Andrew L. Carter*
10/7/21